IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 07-cv-02553-RPM

WANDA L. GAUSMAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

WANDA L. GAUSMAN,

    Counterclaim Defendant

and

JERRY R. BELL,

    Counterclaim Defendant.
_____

ORDER
_____

On July 30, 2009, a judgment was entered in favor of the United States and against Jerry R. Bell in the amount of $459,539.89 for Trust Fund Recovery Penalties assessed against him for the Third Quarter of 2001 through and including the Fourth Quarter of 2002, plus statutory accruals and interest thereon as provided by 28 U.S.C. § 1961(c)  and 26 U.S.C. § 6621 from July 31, 2009.  On February 29, 2012, a Stipulation for Installment Payment Order was filed with the Clerk of this court.  That stipulation,

dated January 27, 2012, appears to have the signature of Michael J. Roessner, a trial attorney, Tax Division, Department of Justice, and Scott W. Stauffer, identified as attorney for Jerry R. Bell.  The stipulation is purported to be filed pursuant to 28 U.S.C. § 3204.  That section of the United States Code, a part of the statutory provisions for federal debt collection procedure, provides in subsection (a), the authority to enter an order for installment payments by a judgment debtor under conditions which do not include a stipulation signed by a purported attorney for the judgment debtor, whose authority is not apparent.  Because the procedural requirements of the statute have not been met, it is

ORDERED that the stipulation is rejected.

DATED this 2nd day of March, 2012.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge