IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 07-cv-02553-RPM

WANDA L. GAUSMAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

v.

WANDA L. GAUSMAN,

    Counterclaim Defendant

and

JERRY R. BELL,

    Counterclaim Defendant.

_____

ORDER
_____

On February 29, 2012, a Stipulation for Installment Payment Order was submitted, signed by Michael J. Roessner for the government and Scott W. Stauffer for Jerry Bell.  Submitted with the stipulation was a proposed order for installment payments of the judgment entered against Jerry Bell on July 30, 2009.  That stipulation was rejected by this Court's order of March 2, 2012.  On March 27, 2012, another stipulation was submitted, this apparently signed by Jerry Bell as well as Scott W.

Stauffer. Again, as noted in the order rejecting the prior stipulation, this Court's authority to enter such an order is under the provisions of 28 U.S.C.§ 3204 (a) which requires showings concerning the judgment debtor and a hearing requiring the Court to consider the income, resources and reasonable requirements of the judgment debtor and his dependents. A simple stipulation does not meet the requirements of the statute and the attorney for the government may not waive those requirements. It is therefore

ORDERED that the stipulation submitted March 27, 2012, is rejected.

DATED this 6th day of April, 2012.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge